FILED _____ LODGED
_____ RECEIVED

DEC 24 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

HON. FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| RICHARD SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ARDEW WOOD PRODUCTS, LTD., a British Columbia, Canada corporation, and MG CATCHPOLE TRUCKING, a British Columbia, Canada company,<br><br>Defendants. | NO. 07-05641-FDB<br><br>STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES |
|---|---|

The undersigned counsel for Plaintiff Richard Smith and Defendant Ardew Wood Products hereby stipulate and request that the Court amend the Court's Minute Order Setting Trial Dates and Related Dates, Dkt. No. 30, and respectfully request that the Court modify its scheduling order as follows:

Discovery Cut-Off

February 6, 2009

Currently, the parties agree that all other trial and pretrial dates and deadlines will remain the same.

The parties request the modification to permit time to participate in mediation of this case before the expense of deposing witnesses in Canada and expert witnesses. The parties seek this additional time for discovery to accomplish the depositions should the case not be resolved through mediation.

Stipulation and Order
Continuing Pretrial Deadlines
(07-05641-FDB) - 1



710 Tenth Avenue East
Seattle, WA 98102
(206) 726-6600 FAX: (206) 726-0288

The current discovery cut-off date is January 12, 2009. Trial is currently scheduled for May 11, 2009. This request will not necessitate any continuance of the trial date.

DATED this 23rd day of December, 2008.

| FURY BAILEY | BETTS PATTERSON MINES |
|---|---|
| /s CRAIG SIMS | /s Steven W. Block |
| CRAIG SIMS | STEVEN W. BLOCK |
| WSBA No. 28267 | WSBA No. 24299 |
| 710 – 10th Ave. E. | 701 Pike Street, Suite 1400 |
| P.O. Box 20397 | Seattle, WA 98101 |
| Seattle, WA 98102 | (206) 292-9988 |
| (206) 726-6600 | (206) 343-7053 fax |
| (206) 726-0288 (fax) | sblock@bpmlaw.com |
| Craig@furybailey.com | Attorney for Defendant Ardew |
| Attorney for Plaintiff | |

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of December, 2008.

_____
The Honorable Franklin D. Burgess
United States District Judge
Western District of Washington

Presented by:

FURY BAILEY
/s CRAIG SIMS
CRAIG SIMS
WSBA No. 28267
710 – 10th Ave. E.
P.O. Box 20397
Seattle, WA 98102
(206) 726-6600
(206) 726-0288 (fax)
Craig@furybailey.com
Attorney for Plaintiff

Stipulation and Order
Continuing Pretrial Deadlines
(07-05641-FDB) - 2

FURY BAILEY
710 Tenth Avenue East
Seattle, WA 98102
(206) 726-6600 FAX: (206) 726-0288