UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD SMITH, <br><br>　　　　　　Plaintiff, <br><br>　vs <br><br>ARDEW WOOD PRODUCTS LTD., <br><br>　　　　　　Defendant. | CV07-5641FDB <br><br><br><br> MINUTE ORDER |

NOW, on this 12th Day of March, 2009, the Court directs the Clerk to enter the following Minute Order:

The Court has reviewed Defendant's Reply in Support of Motion for Summary Judgment and to Disqualify Plaintiff's Expert Charles Lewis [Dkt #91]. The Court adheres to it's Order of March 6, 2009, denying the requested relief. [Dkt #90].

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Pat LeFrois**
　　　　　　　　　　　　　　　　　　　　　　　Pat LeFrois
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy