UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SMITH,

              Plaintiff,

   vs

ARDEW WOOD PRODUCTS LTD.,

          Defendant.

CV07-5641FDB

MINUTE ORDER

NOW, on this 24t$^h$ Day of March, 2009, the Court directs the Clerk to enter the following Minute Order:

Plaintiff's motion for partial summary judgment [Dkt. #83] is more properly a motion in limine to exclude evidence.

Consideration of this motion will be deferred until pretrial conference, scheduled for May 1, 2009 at 2:00 PM. - see [Dkt. #89].

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                               **/s/ Pat LeFrois**
                               Pat LeFrois
                               Courtroom Deputy