

07-CV-05641-ORD

Honorable Franklin D. Burgess



FILED
RECEIVED
APR 29 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SMITH,

    Plaintiff,

vs.

ARDEW WOOD PRODUCTS, LTD., a British Columbia, Canada corporation, and MG CATCHPOLE TRUCKING, a British Columbia, Canada company,

    Defendants.

NO. 07-05641-FDB

ORDER RE CONTINUANCE OF CASE SCHEDULE

THIS MATTER having been presented for hearing on Defendant Ardew Wood Products, Ltd.'s Motion for Continuance of Case Schedule Deadlines and Determination of Scope of Remaining Discovery, with plaintiff appearing by and through his counsel Craig Sims, and defendant Ardew Wood Products, Ltd. Appearing by and through its counsel Steven W. Block, and the Court having considered all submitted materials, and being fully advised in the premises;

NOW, THEREFORE, it is hereby

ORDERED that the case schedule shall be amended as follows:

(PROPOSED) ORDER
NO. 07-05641-FDB

- 1 -

398398/042109 1233/74840001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**Discovery cut-off and filing date for amended pleadings**: Continued from February 20, 2009 to July 24, 2009.

**All remaining motions, including Dispositive Motions**: Continued from February 25, 2009 to August 1, 2009.

**Filing of Trial Briefs, Motions in Limine, and lodging the Proposed Pre-Trial Order**: Continued from April 23, 2009 to September 25, 2009.

**Proposed Jury Instructions**: Continued from April 23, 2009 to September 25, 2009.

**Pre-Trial Conference**: Continued from May 1, 2009 to October 2, 2009 at 10:00AM.

**Trial Date**: Continued from May 26, 2009 to October 26, 2009 at 9:00 AM.

And it is further

ORDERED that any discovery undertaken from this point forward shall be limited to Ardew undertaking medical discovery. Ardew may conduct an independent medical examination of plaintiff, depose plaintiff's medical expert and treating physicians, and undertake additional written discovery of plaintiff's medical providers. Plaintiff may depose Ardew's medical expert after the IME.

DONE IN OPEN COURT this 29 day of April, 2009.

_____
FRANKLIN D. BURGESS
Judge, United States District Court

(PROPOSED) ORDER
NO. 07-05641-FDB

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Presented by:

BETTS, PATTERSON & MINES, P.S.


By/s/*Steven W. Block*
   Steven W. Block, WSBA #24299
Attorneys for Defendant Ardew Wood Products, Ltd.

(PROPOSED) ORDER
NO. 07-05641-FDB

- 3 -

398398/042109 1233/74840001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**Certificate of Service**

I hereby certify that on this 10th day of April, 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to <u>all parties of record</u> and to <u>The Honorable Franklin D. Burgess</u>.

<u>/s/Gayle L. Neligan</u>
Legal Assistant
BETTS, PATTERSON & MINES, P.S.
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
Telephone: 206-292-9988
Facsimile: 206-343-7053
E-Mail: gneligan@bpmlaw.com

(PROPOSED) ORDER
NO. 07-05641-FDB

398398/042109 1233/74840001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988