# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SMITH,<br><br>                Plaintiff,<br><br>    v.<br><br>ARDEW WOOD PRODUCTS, LTD., et al.,<br><br>                Defendants. | **Case No.** C07-5641FDB<br><br>**Minute Order**<br>**Re: Settlement Conference** |

THIS matter was referred to U.S. Magistrate Judge, J. Kelley Arnold, by the Honorable Franklin D. Burgess for purposes of a settlement conference.

The parties and counsel appeared this date as directed and engaged with Judge Arnold in settlement discussions. <u>The parties were unable to resolve the matter</u>. The file is therefore returned to the chambers of Judge Burgess for further proceedings.

Entered by Deputy Clerk, /s/*Kelly Miller*, this 2nd day of June 2009.

ORDER
Page - 1